**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00102-AP

MARK DAVID BURGER,

        Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Plaintiff.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**     **APPEARANCES OF COUNSEL**

           For Plaintiff:

           Bruce C. Bernstein, P.C.
           Bruce C. Bernstein
           1828 Clarkson Street, Suite 100
           Denver, CO 80218
           Telephone: (303) 830-2300
           BCB@bcblaw.biz

           For Defendant**:**

           JOHN F. WALSH
           United States Attorney

           WILLIAM G. PHARO
           Assistant United States Attorney
           United States Attorney's Office
           District of Colorado

           Debra J. Meachum
           Special Assistant United States Attorney
           1001 17th Street, Sixth Floor
           Denver, Colorado  80202
           Telephone:  (303) 844-1570
           Fax:  (303) 844-0770
           debra.meachum@ssa.gov

           Attorneys for Defendant

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   A. Date Complaint Was Filed: **1/13/12.**
   B. Date Complaint Was Served on U.S. Attorney's Office: **2/7/12.**
   C. Date Answer and Administrative Record Were Filed**: 3/26/12.**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff states: upon preliminary review, it appears to be adequate.
Defendant states, to the best of his knowledge, that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

None at this time.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

None at this time.

**7.     OTHER MATTERS**

None at this time.

**8.     BRIEFING SCHEDULE**

   A. Plaintiff's Opening Brief Due**:        5/22/12**
   B. Defendant's Response Brief Due**:     6/21/12**
   C. Plaintiff's Reply Brief (If Any) Due**:  7/6/12**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.     Plaintiff's Statement:  Plaintiff will address this matter in his opening brief.
   B.     Defendant's Statement: Defendant does not request oral argument**.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.     ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
   B.     (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 16th  day of April, 2012.

BY THE COURT:

<u>*s/John L. Kane*</u>_____
U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Bruce C. Bernstein**

Bruce C. Bernstein
1828 Clarkson Street, Suite 100
Denver, CO 80218
Telephone: (303) 830-2300
BCB@bcblaw.biz

**For Defendant:**

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

**s/Debra J. Meachum**
By: Debra J. Meachum
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, Colorado 80202
(303) 844-1570
debra.meachum@ssa.gov